O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2805 AHM (PJWx) | Date | April 16, 2010 |
|---|---|---|---|
| Title | HILDA SOLIS v. LAUNDRY ROOM CLOTHING INC. *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: | |

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   This Court, having duly considered the Plaintiff's complaint and the accompanying Application for a Temporary Restraining Order and for Preliminary Injunction, including the supporting Memorandum of Points and Authorities and Declarations, as well as any other papers on file herein, and good cause having been shown therefore,

IT IS THEREFORE ORDERED AND DECREED that:

  1. The Defendants, and each of them, are hereby ORDERED to appear at 11:00 a.m. on April 23, 2010 in the courtroom of the Hon. A. Howard Matz in the U.S. District Court for the Central District of California, to show cause, if any there be, why the Defendants should not (pending a final judgment in this action) be preliminarily enjoined and restrained:

    a. From violating the provisions of Sections 6 and 15(a)(2) (regarding minimum wages), Sections 7 and 15(a)(2) (regarding overtime pay), Sections 11 and 15(a)(5) (regarding recordkeeping), and Section 15(a)(1) (regarding selling or shipping in commerce goods produced in violation of Sections 6 and/or 7) of the Fair Labor Standards Act of 1938 (hereinafter the "Act" or the "FLSA"), as amended, 29 U.S.C. § 201, *et seq.;* and

    b. From (specifically in addition to the foregoing) transferring, releasing, disposing of, or attempting to dispose of, liquidating, divesting, removing, allowing the removal of, or attempting to remove from the premises of Defendants at 7130 Fenwick Avenue, Westminster,

O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2805 AHM (PJWx) | Date | April 16, 2010 |
|---|---|---|---|
| Title | HILDA SOLIS v. LAUNDRY ROOM CLOTHING INC. *et al.* | | |

California 92683 (hereinafter called the subject premises) any goods or materials (including, without limitation, any raw product, materials, supplies, partially-completed product, finished product, or any goods (as defined by Section 3(i) of the Act)) produced between February 16,2010 and March 31, 2010, now on the subject premises or at any other location to which all or some of the foregoing goods or materials may have been previously removed from the subject premises;

  2. The Plaintiff is exempt from posting security (under Fed. R. Civ. P. 65(c)), as an officer of the United States; and,

  3. This Order (along with copies of the supporting papers) be served on Defendants no later than five days prior to date set for the show cause hearing and that proof of service be filed with the Clerk of this Court no later than three days prior to the show cause hearing.  Defendants' opposition to the order to show cause shall be filed by not later than April 21, 2010, and Plaintiffs' reply shall be filed not later than 4:00 p.m. PST on April 22, 2010.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | SMO |