O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-02805-AHM (PJWx) | Date | November 29, 2010 |
|---|---|---|---|
| Title | HILDA L. SOLIS v. LAUNDRY ROOM CLOTHING, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph Michael Lake | No Appearance |

**Proceedings:** MOTION for Default Judgment against defendant Laundry Room Clothing, Inc. [33] (non-evidentiary)

Cause called; appearances made. No appearance by any defendant nor defense counsel.

For reasons stated on the record, the Court grants the motion for default judgment and will determine the amount to be awarded in unpaid back wages. Judgment to issue.

| | : | 04 |
|---|---|---|
| | Initials of Preparer | SMO |