LAWRENCE BREWSTER
Regional Solicitor
DAVID M. KAHN
Counsel for Employment Standards
LEON PASKER
Trial Attorney
JOSEPH M. LAKE
Trial Attorney
lake.joseph@dol.gov
Office of the Solicitor
U.S. DEPARTMENT OF LABOR
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone: (415) 625-7758
Facsimile: (415) 625-7772

Attorneys for Plaintiff

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC -1 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>vs.<br><br>LAUNDRY ROOM CLOTHING, INC., a corporation; MILTON KANEDA, an individual; SHARON KANEDA, an individual;<br><br>Defendants. | Case No.: 2:10-CV-02805 AHM (PJW)<br><br>(~~PROPOSED~~) JUDGMENT<br><br>HON. A. HOWARD MATZ |

Judgment            Page 1 of 7

# (PROPOSED) JUDGMENT

Plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, having filed her complaint and Defendants Laundry Room Corporation, a California corporation; Milton Kaneda, an individual; and Sharon Kaneda, an individual, having been duly served with a copy of the complaint and summons, Defendants having failed to plead or otherwise defend within the time prescribed by law, and Default of Defendants having been duly entered by the Clerk of this Court, and the truth of the allegations contained in the complaint having been made to appear by the declaration of the Secretary's investigator; now, therefore upon application of the Secretary and for cause shown,

JUDGMENT IS HEREBY ENTERED against defendants in accordance with the prayer of the complaint in the above-styled action pursuant to §§ 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* (the "Act"), as follows:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to § 17 of the Act, that the defendants, their officers, agents, servants, employees, and all persons acting in their behalf and interest, and they hereby are, permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

(a)     Defendants shall not, contrary to §§ 6 and 15(a)(2) of the Act, employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, at rates of pay less than the minimum wage prescribed by statute;

(b)     Defendants shall not, contrary to §§ 7 and 15(a)(2) of the Act, employ any of their employees who in any workweek are engaged in commerce or the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours, unless such employee receives compensation for his employment in excess of forty hours at a rate not less than one and one-half times the regular rates at which he is employed;

(c)     Defendants shall not fail to make, keep and preserve records of its employees and of the wages, hours, and other conditions and practices of employment maintained by her as prescribed by the regulations issued, and from time to time amended, pursuant to §§ 11(c) and 15(a)(5) of the Act and found in 29 CFR § 516;

(d)     Defendants shall not withhold payment of $380,823.59 which represents the unpaid minimum wage and overtime compensation hereby found to be due for the period from February 7, 2009, through March 31, 2010, to the

present and former employees named in Exhibit A, attached hereto and made a part hereof in the amounts set forth therein;

(e) Defendant shall not request, solicit, suggest, or coerce, directly, or indirectly, any employee to return or to offer to return to the Defendants or to someone else for the Defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this judgment or the Act; nor shall Defendant accepts, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to said employee under the provisions of this Judgment or the Act; nor shall Defendants discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from the Defendants under the provisions of this Judgment or the Act.

II

FURTHER, JUDGMENT IS HEREBY ENTERED, pursuant to Section 16(c) of the Act, in favor of the plaintiff and against Defendants in the total amount of $887,553.32.

Judgment     Page 4 of 7

(a)     $380,823.59 which represents the unpaid minimum wage and overtime compensation hereby found to be due for the period from February 7, 2009, through March 31, 2010, to the present and former employee named in Exhibit A, attached hereto and made a part hereof, in the amounts set forth therein within 30 days of the date of the Entry of Default Judgment.

(b)     Defendants shall further pay to plaintiff as liquidated damages the additional sum of $506,729.73 hereby found to be due, for the period from February 7, 2009, through March 31, 2010, to the present and former employees named in Exhibit A, attached hereto and made a part hereof, in the amounts set forth therein within 30 days of the date of the Entry of Default Judgment.

(c)     The monetary provisions of this judgment including paragraphs I(d) and II(a) and (b) shall be deemed satisfied upon Defendants' delivery to the Plaintiff's representative of the following:

(1)     A schedule in duplicate showing the name, last known address, social security number, gross amount of wages due, amounts deducted from gross wages for social security and withholding taxes, and the net amount of such payment for each employee named in Exhibit A.

(2)     Separate certified checks for each employee named in Exhibit A, made payable to the order of the employee or the "Wage and Hour Div., Labor" as alternative payees (for example, the first check should read "PAY TO THE

ORDER OF BLANCA ACEVEDO or the WAGE AND HOUR DIV., LABOR") and be equal to the net amount due to each such employee after deducting the amount of legal deductions as listed on the schedule referred to in subparagraph (a) above from the gross amount of wages as listed opposite his name under the column "Wages Due" in Exhibit A attached; and

    (3)    Separate certified checks for each employee named in Exhibit A, made payable to the order of the employee or the "Wage and Hour Div., Labor" as alternative payees (for example, the first check should read "PAY TO THE ORDER OF BLANCA ACEVEDO or the WAGE AND HOUR DIV., LABOR") and be equal to the gross amount due to each such employee as liquidated damages as listed opposite his name under the column "Liquidated Damages Due" in Exhibit A attached.

    (4)    Plaintiff shall distribute the checks referred to in paragraphs (2), (3) and (4) hereof, or the proceeds thereof, to the persons named in Exhibit A attached hereto, or to their estates, if that be necessary, and any amounts of unpaid overtime compensation or liquidated damages not so paid within a period of three (3) years from the date of receipt thereof shall, pursuant to section 16(c) of the Act, be covered into the Treasury of the United States as miscellaneous receipts.

    FURTHER, it is ORDERED that Plaintiff shall recover from Defendants post judgment interest pursuant to 28 U.S.C. § 1961 and it is further

1  ORDERED that the United States Marshal cause a true copy of this
2
   judgment to be served on Defendants and it is further
3
4  ORDERED that Defendants pay the costs of this action, including the
5  United States Marshal's fee and expenses for service of a true copy of this
6
7  Judgment, as aforesaid.
8
9  DATED this ___ day of November, 2010.
10
11  _____
12  UNITED STATES DISTRICT COURT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Judgment          Page 7 of 7*

EXHIBIT A

| Name | Liquidated Damages | Back Wages Due | Total Due |
|---|---|---|---|
| Acevedo, Blanca | $4,019.00 | $4,019.00 | $8,038.00 |
| Aguilar, Cleotilde | $1,710.00 | $1,710.00 | $3,420.00 |
| Arce, Fidel M | $5,545.67 | $1,385.66 | $6,931.33 |
| Arroyo, Margarita | $69.80 | $69.80 | $139.60 |
| Arroyo, Rosalba | $962.00 | $764.00 | $1,726.00 |
| Avila, Daniel | $1,972.00 | $1,972.00 | $3,944.00 |
| Beltran, Hugo | $1,685.00 | $1,685.00 | $3,370.00 |
| Benitez, Lucero | $9,264.64 | $6,508.64 | $15,773.28 |
| Benitez, Teodora | $1,407.00 | $1,407.00 | $2,814.00 |
| Blancas, Juan | $2,784.00 | $2,784.00 | $5,568.00 |
| Camarena, Erika | $689.00 | $0.00 | $689.00 |
| Camarena, Yadira E | $1,461.00 | $0.00 | $1,461.00 |
| Campos, Amalia | $10,133.00 | $8,229.00 | $18,362.00 |
| Canseco, Luis | $1,567.00 | $1,567.00 | $3,134.00 |
| Carrasco, Carmen | $7,763.00 | $4,022.00 | $11,785.00 |
| Castellanos, Vicente | $9,348.00 | $6,989.00 | $16,337.00 |
| Castillo, Alex | $1,072.00 | $1,072.00 | $2,144.00 |
| Castro, Araceli | $1,245.00 | $1,245.00 | $2,490.00 |
| Ceja, Gudalupe | $744.60 | $744.60 | $1,489.20 |
| Cisneros, Leticia | $2,589.00 | $858.00 | $3,447.00 |
| Corcuera, Juan | $4,332.50 | $2,138.00 | $6,470.50 |
| Cornelio, Melina | $56.00 | $56.00 | $112.00 |
| Cortez, Angelina | $6,484.00 | $5,751.00 | $12,235.00 |
| Cortez, Rosa | $281.00 | $0.00 | $281.00 |

## EXHIBIT A

| Name | Liquidated Damages | Back Wages Due | Total Due |
|---|---|---|---|
| Echeverria, Patricia | $8,164.00 | $6,843.00 | $15,007.00 |
| Estrada, Dinora | $961.00 | $578.00 | $1,539.00 |
| Estrada, Leticia | $9,678.00 | $5,225.00 | $14,903.00 |
| Eusebio, Santiago | $8,777.25 | $8,777.25 | $17,554.50 |
| Figueroa, Griselda | $1,474.00 | $1,474.00 | $2,948.00 |
| Garcia, Cecilia | $1,196.00 | $801.00 | $1,997.00 |
| Garcia, Jacinto | $2,588.00 | $2,588.00 | $5,176.00 |
| Garcia, Luis B | $1,562.00 | $0.00 | $1,562.00 |
| Gil, Ycela | $9,932.30 | $7,110.30 | $17,042.60 |
| Gomez, Adelina | $4,352.00 | $4,352.00 | $8,704.00 |
| Gutierrez, Santiago | $8,791.00 | $7,705.00 | $16,496.00 |
| Hernan, Manuel Ramirez | $3,099.74 | $3,099.74 | $6,199.48 |
| Hernandez, Carlos | $2,103.75 | $2,103.75 | $4,207.50 |
| Hernandez, Gabriela | $6,051.00 | $4,653.00 | $10,704.00 |
| Herrera, Angela | $6,376.00 | $4,202.00 | $10,578.00 |
| Herrera, Veronica | $693.00 | $693.00 | $1,386.00 |
| James, Mark | $3,310.00 | $3,310.00 | $6,620.00 |
| Jimenez, Elfego | $14,839.00 | $14,612.00 | $29,451.00 |
| Jimenez, Jorge | $741.01 | $741.01 | $1,482.02 |
| Kiamco, Justin | $1,498.50 | $1,498.50 | $2,997.00 |
| Lagunas, Lucia | $2,978.00 | $2,978.00 | $5,956.00 |
| Lopez, Hilsia | $1,953.00 | $0.00 | $1,953.00 |
| Lopez, Jose | $2,587.50 | $2,587.50 | $5,175.00 |
| Lopez, Nancy | $437.00 | $132.00 | $569.00 |

EXHIBIT A

| Name | Liquidated Damages | Back Wages Due | Total Due |
|---|---|---|---|
| Luciano, Magdalena | $7,394.00 | $7,394.00 | $14,788.00 |
| Macedo, Matilde | $1,142.64 | $535.64 | $1,678.28 |
| Maldonado, Marlen | $343.00 | $303.00 | $646.00 |
| Martinez, Lucia | $7,758.00 | $6,029.00 | $13,787.00 |
| Martinez, Maria A. | $1,578.00 | $1,578.00 | $3,156.00 |
| Mateos, Severo | $728.00 | $0.00 | $728.00 |
| McConico, Myan | $1,215.00 | $1,215.00 | $2,430.00 |
| Metado, Adelina | $6,768.75 | $6,768.75 | $13,537.50 |
| Miranda, Maricela | $6,001.00 | $6,001.00 | $12,002.00 |
| Monico, Lucia | $8,147.00 | $5,809.00 | $13,956.00 |
| Montero, Perla | $2,041.08 | $2,041.08 | $4,082.16 |
| Morales, Josefina | $3,668.00 | $3,668.00 | $7,336.00 |
| Moralez, Marina | $582.00 | $465.00 | $1,047.00 |
| Munoz, Concepcion | $5,217.00 | $5,217.00 | $10,434.00 |
| Nguyen, Phu | $2,243.13 | $2,243.13 | $4,486.26 |
| Nunez, Maria | $9,570.00 | $9,570.00 | $19,140.00 |
| Olvera, Norma | $4,213.88 | $4,213.88 | $8,427.76 |
| Ortan, Natividad | $2,365.00 | $593.00 | $2,958.00 |
| Osorio, Pedro | $6,239.00 | $6,239.00 | $12,478.00 |
| Padilla, Raul | $5,654.50 | $5,654.50 | $11,309.00 |
| Partida, Lorena | $733.83 | $0.00 | $733.83 |
| Pedraza, Imelda | $10,999.58 | $8,560.77 | $19,560.35 |
| Peralta, Guadalupe | $3,391.00 | $3,391.00 | $6,782.00 |
| Perez, Eloisa | $5,116.00 | $2,927.00 | $8,043.00 |

EXHIBIT A

| Name | Liquidated Damages | Back Wages Due | Total Due |
|---|---|---|---|
| Perez, Eloy | $408.00 | $408.00 | $816.00 |
| Perez, Silvia | $1,698.00 | $0.00 | $1,698.00 |
| Phan, An Buu | $6,636.00 | $6,636.00 | $13,272.00 |
| Ramirez, Guadalupe | $1,681.00 | $1,681.00 | $3,362.00 |
| Ramirez, Juan | $214.43 | $214.43 | $428.86 |
| Ramirez, Luis | $9,478.00 | $9,478.00 | $18,956.00 |
| Raymundo, Olivia | $8,897.00 | $5,873.00 | $14,770.00 |
| Rayo, Francisca | $1,207.15 | $0.00 | $1,207.15 |
| Rayo, Maria A | $1,004.00 | $0.00 | $1,004.00 |
| Rayo, Maria L | $1,771.00 | $0.00 | $1,771.00 |
| Rayo, Olivia | $2,926.00 | $0.00 | $2,926.00 |
| Roblero, Rosalinda | $9,773.00 | $6,780.00 | $16,553.00 |
| Rodriguez, Hugo | $7,800.00 | $0.00 | $7,800.00 |
| Rodriguez, Maria | $4,071.52 | $4,071.52 | $8,143.04 |
| Ruiz, Diego | $1,247.86 | $1,247.86 | $2,495.72 |
| Ruiz, Juan | $312.00 | $312.00 | $624.00 |
| Salas, Erika | $4,133.00 | $3,382.00 | $7,515.00 |
| Salmoran, Benjamin | $5,193.50 | $2,021.00 | $7,214.50 |
| Salvatierra, Maria E | $348.56 | $0.00 | $348.56 |
| Samperio, Guadalupe | $6,818.00 | $5,106.00 | $11,924.00 |
| Santana, Hector | $1,435.00 | $1,435.00 | $2,870.00 |
| Santillan, Cecilia | $10,754.00 | $9,048.00 | $19,802.00 |
| Silva, Miguel | $9,170.27 | $9,023.27 | $18,193.54 |
| Stephens, Lonnie | $6,249.00 | $0.00 | $6,249.00 |

EXHIBIT A

| Name | Liquidated Damages | Back Wages Due | Total Due |
|---|---:|---:|---:|
| Telles, Carmen | $463.00 | $0.00 | $463.00 |
| Tomas, Josefina | $10,828.26 | $7,820.29 | $18,648.55 |
| Trejo, Martha | $10,106.82 | $7,575.88 | $17,682.70 |
| Vasquez, Maria Monica | $11,302.00 | $8,155.00 | $19,457.00 |
| Vasquez, Yolanda | $176.00 | $176.00 | $352.00 |
| Vazquez, Gabriela | $10,219.00 | $7,590.00 | $17,809.00 |
| Vazquez, Guadalupe | $2,211.37 | $0.00 | $2,211.37 |
| Vazquez, Maria Liliana | $1,780.00 | $932.00 | $2,712.00 |
| Vazquez, Maria G. | $14,760.98 | $12,450.10 | $27,211.08 |
| Vazquez, Martha | $9,942.00 | $7,475.00 | $17,417.00 |
| Vega, Carlos | $2,239.25 | $1,321.88 | $3,561.13 |
| Vega, Geovany | $10,330.00 | $7,235.00 | $17,565.00 |
| Vega, Irene | $4,932.13 | $3,354.20 | $8,286.33 |
| Villaverde, Edgar | $4,335.00 | $4,335.00 | $8,670.00 |
| Villaverde, Valentin | $734.66 | $734.66 | $1,469.32 |
| Villeda, Carmen | $706.00 | $706.00 | $1,412.00 |
| Zablan, Filemon | $8,500.32 | $0.00 | $8,500.32 |
| Zaragoza, Antonio | $12,968.00 | $10,256.00 | $23,224.00 |
| Zarate, Susana | $2,532.00 | $2,532.00 | $5,064.00 |
| **TOTAL** | **$506,729.73** | **$380,823.59** | **$887,553.32** |